# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: PEARSON, THOMAS W, SR § | Case No. 10-75131 |
| PEARSON, JANICE S. § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 1:00 PM on 11/16/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  09/20/2011                By:  /s/JAMES E. STEVENS
　　　　　　　　　　　　　　　　　　　　　Trustee

JAMES E. STEVENS  
6833 Stalter Drive  
Rockford, IL  61108  
(815) 962-6611  
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: PEARSON, THOMAS W, SR | § | Case No. 10-75131 |
| PEARSON, JANICE S. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 14,012.49 |
| *and approved disbursements of* | $ 297.42 |
| *leaving a balance on hand of* [1] | $ 13,715.07 |
| **Balance on hand:** | $ 13,715.07 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 13,715.07 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 2,151.25 | 0.00 | 2,151.25 |
| Attorney for Trustee, Fees - BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 2,122.00 | 0.00 | 2,122.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,273.25 |
| Remaining balance: | $ 9,441.82 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $         0.00
Remaining balance:  $     9,441.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $         0.00
Remaining balance:  $     9,441.82

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 101,990.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 993.89 | 0.00 | 92.01 |
| 2 | Capital One Bank (USA), N.A. | 3,602.40 | 0.00 | 333.49 |
| 3 | US Bank N.A. | 11,636.83 | 0.00 | 1,077.29 |
| 4 | Capital Recovery IV LLC | 15,569.11 | 0.00 | 1,441.32 |
| 5 | Capital Recovery IV LLC | 3,518.42 | 0.00 | 325.72 |
| 6 | PYOD LLC its successors and assigns as assignee of | 3,803.57 | 0.00 | 352.12 |
| 7 | US Bank N.A. | 15,852.33 | 0.00 | 1,467.54 |
| 8 | FIA Card Services, NA/Bank of America | 47,013.81 | 0.00 | 4,352.33 |

Total to be paid for timely general unsecured claims:  $     9,441.82
Remaining balance:  $         0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                              Case No. 10-75131-MB
Thomas W Pearson                                                    Chapter 7
Janice S. Pearson
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0752-3          User: lorsmith                Page 1 of 2                 Date Rcvd: Oct 12, 2011
                              Form ID: pdf006               Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2011.
db/jdb        +Thomas W Pearson, Sr,    Janice S. Pearson,    1505 Northfield #1C,    Harvard, IL 60033-3657
16280579       BP Cardmember Services,   PO Box 15325,    Wilmington, DE 19886-5325
16280578       Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
16280580       Capital One,   PO Box 30285,    Salt Lake City, UT 84130-0285
16678865       Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
                Oklahoma City, OK  73124-8839
16280581       Chase,   PO Box 15153,    Wilmington, DE 19886-5298
16625190       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16280582       Citi,   PO Box 44167,    Jacksonville, FL 32231-4167
16280583      +Citi Cards,   PO Box 688901,    Des Moines, IA 50368-8901
16280585       CitiMortgage Home Loans,    P O Box 183040,    Columbus, OH 43218-3040
16280584      +Citibank,   225 W. Virginia Street,    Crystal Lake, IL 60014-7271
16280589       Exxon Mobil,   PO Box 688940,    Des Moines, IA 50368-8940
16280590      +Hauselman, Rappin & Olswang,    o/b/o Citimortgage,    39 South LaSalle Street,
                Chicago, IL 60603-1720
16280592      +Messerli & Kramer,    o/b/o US Bank,   3033 Campus Drive #250,    Plymouth, MN 55441-2662
16280593      +Penncro,   o/b/o Meijer Platinum,    PO Box 538,    Oaks, PA 19456-0538
16280594     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  US Bank,    PO Box 790408,    St. Louis, MO 63179-0408)
16733685     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  US Bank N.A.,    Bankruptcy Department,    P.O. Box 5229,
                Cincinnati, OH 45201-5229)
16943436     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  US Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201)
16280595      +US Bank Auto Finance,    PO Box 790179,    St. Louis, MO 63179-0179

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16860381       E-mail/PDF: rmscedi@recoverycorp.com Oct 13 2011 05:17:53     Capital Recovery IV LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16991411       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 13 2011 05:10:41
                FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
                Oklahoma City, OK  73124-8809
16367848       E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2011 05:17:52     GE Money BAnk (Meijer Platinum MC),
                c/o Recovery Management Systems Corp.,    Attn: Ramesh Singh,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
16280591       E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2011 05:17:52     Meijer,   PO Box 960015,
                Orlando, FL 32896-0015
16894786      +E-mail/Text: resurgentbknotifications@resurgent.com Oct 13 2011 03:44:01
                PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
                c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16280586*      Citimortgage Home Loans,    P O Box 183040,    Columbus, OH 43218-3040
16280587*      Citimortgage Home Loans,    PO Box 183040,    Columbus, OH 43218-3040
16280588*      Citimortgage Home Loans,    PO Box 183040,    Columbus, OH 43218-3040
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: lorsmith            Page 2 of 2              Date Rcvd: Oct 12, 2011
                              Form ID: pdf006           Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2011**                        **Signature:**   _Joseph Speetjens_