**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: PEARSON, THOMAS W, SR　　　　§　Case No. 10-75131
　　　　PEARSON, JANICE S.　　　　　　§
　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　JAMES E. STEVENS, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $325,850.00　　　　　　Assets Exempt:  $27,100.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $9,441.82　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　Without Payment:  $112,662.57

Total Expenses of Administration: $4,570.67

---

　　　3) Total gross receipts of $   14,012.49   (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $      0.00     (see **Exhibit 2**), yielded net receipts of $14,012.49
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $265,028.24 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,570.67 | 4,570.67 | 4,570.67 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 115,322.52 | 101,990.36 | 101,990.36 | 9,441.82 |
| **TOTAL DISBURSEMENTS** | $380,350.76 | $106,561.03 | $106,561.03 | $14,012.49 |

4) This case was originally filed under Chapter 7 on October 15, 2010. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/08/2011          By: /s/JAMES E. STEVENS
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank Account held with mother | 1129-000 | 9,001.57 |
| boat held with son | 1110-000 | 5,000.00 |
| Interest Income | 1270-000 | 10.92 |
| **TOTAL GROSS RECEIPTS** | | **$14,012.49** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jeannette Sherwood | payment pursuant to Order to Compromise Controversy 8/22/2011 | 8500-002 | 0.00 |
| Jeannette Sherwood | settlement per Order Compromising a Controversy entered 8/22/11 | 8500-002 | 0.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Hauselman, Rappin & Olswang o/b/o Citimortgage | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage Home Loans | 4110-000 | 70,476.38 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage Home Loans | 4110-000 | 194,551.86 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$265,028.24** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 2,151.25 | 2,151.25 | 2,151.25 |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 3110-000 | N/A | 2,122.00 | 2,122.00 | 2,122.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 76.52 | 76.52 | 76.52 |
| The Bank of New York Mellon | 2600-000 | N/A | 181.68 | 181.68 | 181.68 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.22 | 39.22 | 39.22 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 4,570.67 | 4,570.67 | 4,570.67 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | N/A | 993.89 | 993.89 | 92.01 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 3,398.08 | 3,602.40 | 3,602.40 | 333.49 |
| 3 | US Bank N.A. | 7100-000 | 11,226.32 | 11,636.83 | 11,636.83 | 1,077.29 |
| 4 | Capital Recovery IV LLC | 7100-000 | N/A | 15,569.11 | 15,569.11 | 1,441.32 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Capital Recovery IV LLC | 7100-000 | N/A | 3,518.42 | 3,518.42 | 325.72 |
| 6 | PYOD LLC its successors and assigns as assignee of US Bank N.A. | 7100-000 | 4,427.11 | 3,803.57 | 3,803.57 | 352.12 |
| 7 | | 7100-000 | 29,143.17 | 15,852.33 | 15,852.33 | 1,467.54 |
| 8 | FIA Card Services, NA/Bank of America | 7100-000 | 47,013.81 | 47,013.81 | 47,013.81 | 4,352.33 |
| NOTFILED | Citibank | 7100-000 | 530.93 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 2,896.39 | N/A | N/A | 0.00 |
| NOTFILED | CitiMortgage Home Loans | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Exxon Mobil | 7100-000 | 2,474.25 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage Home Loans | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Penncro o/b/o Meijer Platinum | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Messerli & Kramer o/b/o US Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 13,460.87 | N/A | N/A | 0.00 |
| NOTFILED | BP Cardmember Services | 7100-000 | 751.59 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 115,322.52 | 101,990.36 | 101,990.36 | 9,441.82 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-75131  **Trustee:** (330420) JAMES E. STEVENS
**Case Name:** PEARSON, THOMAS W, SR  **Filed (f) or Converted (c):** 10/15/10 (f)
PEARSON, JANICE S.  **§341(a) Meeting Date:** 11/23/10
**Period Ending:** 12/08/11  **Claims Bar Date:** 03/23/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Residence, X-09312890 W. Big Horn Drive 3- | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking Account certificates of deposit, or sha | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking Account and homestead associations, or | 900.00 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous books, pictures, etc. stamp, coin, | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Miscellaneous wearing apparel | 250.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous jewelry | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Firearms and sports, photographic, and Miscellan | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | IRA | 16,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Pension | Unknown | 0.00 | DA | 0.00 | FA |
| 10 | 2003 Cadillac CTS | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Travel Trailer Case 10-75131 Doc 1 Desc Main SOB | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1997 Chevrolet Suburban Residence | 2,400.00 | 0.00 | DA | 0.00 | FA |
| 13 | Bank Account held with mother | 90,000.00 | 90,000.00 | DA | 9,001.57 | FA |
| 14 | boat held with son | 8,000.00 | 5,000.00 | DA | 5,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 10.92 | FA |
| 15 | Assets    Totals (Excluding unknown values) | $325,850.00 | $95,000.00 | | $14,012.49 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    July 31, 2011    **Current Projected Date Of Final Report (TFR):**    September 20, 2011  (Actual)

Printed: 12/08/2011 03:09 PM    V.12.57

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-75131  
**Case Name:** PEARSON, THOMAS W, SR  
PEARSON, JANICE S.  
**Taxpayer ID #:** **-***4120  
**Period Ending:** 12/08/11  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******79-65 - Money Market Account  
**Blanket Bond:** $372,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/01/11 | {13} | Wells Fargo Bank | monies in joint account | 1129-000 | 90,691.76 | | 90,691.76 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.93 | | 90,693.69 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.31 | | 90,696.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.23 | | 90,698.23 |
| 05/02/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.07 | | 90,698.30 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.23 | | 90,700.53 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-75131, Bond #016018067 | 2300-000 | | 76.52 | 90,624.01 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.74 | | 90,624.75 |
| 07/05/11 | {14} | Thomas Pearson | payment on boat | 1110-000 | 5,000.00 | | 95,624.75 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.79 | | 95,625.54 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 181.68 | 95,443.86 |
| 08/25/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.62 | | 95,444.48 |
| 08/25/11 | | To Account #9200******7966 | transfer to close money market account | 9999-000 | | 95,444.48 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 95,702.68 | 95,702.68 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 95,444.48 | |
| | | | **Subtotal** | | 95,702.68 | 258.20 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$95,702.68** | **$258.20** | |

{} Asset reference(s)                                   Printed: 12/08/2011 03:09 PM    V.12.57

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-75131  
**Case Name:** PEARSON, THOMAS W, SR  
PEARSON, JANICE S.  
**Taxpayer ID #:** **-***4120  
**Period Ending:** 12/08/11  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******79-66 - Checking Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/25/11 | | From Account #9200******7965 | transfer to close money market account | 9999-000 | 95,444.48 | | 95,444.48 |
| 08/25/11 | 101 | Jeannette Sherwood | payment pursuant to Order to Compromise Controversy 8/22/2011<br>Voided on 08/25/11 | 8500-002 | | 86,442.91 | 9,001.57 |
| 08/25/11 | 101 | Jeannette Sherwood | payment pursuant to Order to Compromise Controversy 8/22/2011<br>Voided: check issued on 08/25/11 | 8500-002 | | -86,442.91 | 95,444.48 |
| 08/25/11 | 102 | Jeannette Sherwood | settlement per Order Compromising a Controversy entered 8/22/11<br>Voided on 08/25/11 | 8500-002 | | 81,442.91 | 14,001.57 |
| 08/25/11 | 102 | Jeannette Sherwood | settlement per Order Compromising a Controversy entered 8/22/11<br>Voided: check issued on 08/25/11 | 8500-002 | | -81,442.91 | 95,444.48 |
| 08/25/11 | 103 {13} | Jeannette Sherwood | payment pursant to Order Compromising a Controversy entered 8/22/2011 | 1129-002 | -81,690.19 | | 13,754.29 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.22 | 13,715.07 |
| 11/16/11 | 104 | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | Dividend paid 100.00% on $2,122.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,122.00 | 11,593.07 |
| 11/16/11 | 105 | JAMES E. STEVENS | Dividend paid 100.00% on $2,151.25, Trustee Compensation; Reference: | 2100-000 | | 2,151.25 | 9,441.82 |
| 11/16/11 | 106 | Chase Bank USA, N.A. | Dividend paid 9.25% on $993.89; Claim# 1; Filed: $993.89; Reference: | 7100-000 | | 92.01 | 9,349.81 |
| 11/16/11 | 107 | Capital One Bank (USA), N.A. | Dividend paid 9.25% on $3,602.40; Claim# 2; Filed: $3,602.40; Reference: | 7100-000 | | 333.49 | 9,016.32 |
| 11/16/11 | 108 | US Bank N.A. | Dividend paid 9.25% on $11,636.83; Claim# 3; Filed: $11,636.83; Reference: | 7100-000 | | 1,077.29 | 7,939.03 |
| 11/16/11 | 109 | Capital Recovery IV LLC | Dividend paid 9.25% on $15,569.11; Claim# 4; Filed: $15,569.11; Reference: | 7100-000 | | 1,441.32 | 6,497.71 |
| 11/16/11 | 110 | Capital Recovery IV LLC | Dividend paid 9.25% on $3,518.42; Claim# 5; Filed: $3,518.42; Reference: | 7100-000 | | 325.72 | 6,171.99 |
| 11/16/11 | 111 | PYOD LLC its successors and assigns as assignee of | Dividend paid 9.25% on $3,803.57; Claim# 6; Filed: $3,803.57; Reference: | 7100-000 | | 352.12 | 5,819.87 |
| 11/16/11 | 112 | US Bank N.A. | Dividend paid 9.25% on $15,852.33; Claim# 7; Filed: $15,852.33; Reference: | 7100-000 | | 1,467.54 | 4,352.33 |
| 11/16/11 | 113 | FIA Card Services, NA/Bank of America | Dividend paid 9.25% on $47,013.81; Claim# 8; Filed: $47,013.81; Reference: | 7100-000 | | 4,352.33 | 0.00 |

Subtotals : $13,754.29   $13,754.29

{} Asset reference(s)  
Printed: 12/08/2011 03:09 PM   V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-75131  
**Case Name:** PEARSON, THOMAS W, SR  
PEARSON, JANICE S.  
**Taxpayer ID #:** **-***4120  
**Period Ending:** 12/08/11

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******79-66 - Checking Account  
**Blanket Bond:** $372,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 13,754.29 | 13,754.29 | $0.00 |
| | | | Less: Bank Transfers | | 95,444.48 | 0.00 | |
| | | | **Subtotal** | | -81,690.19 | 13,754.29 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$-81,690.19** | **$13,754.29** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******79-65** | 95,702.68 | 258.20 | 0.00 |
| **Checking # 9200-******79-66** | -81,690.19 | 13,754.29 | 0.00 |
| | $14,012.49 | $14,012.49 | $0.00 |

{} Asset reference(s)

Printed: 12/08/2011 03:09 PM    V.12.57